UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WANUETA VASKO, et al.,

    Plaintiffs,

v.

TODD SHIPYARDS CORP., et al.,

    Defendants.
_____/

No. C 05-01515 PJH

**ORDER VACATING HEARING DATE**

The date for the hearing on defendant McDonnell Douglas Corporation's motion to stay the action pending transfer, previously set for Wednesday, August 17, 2005, has been VACATED.

**IT IS SO ORDERED.**

Dated: August 11, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge